# EXHIBIT "A"

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**

______________________________________X

ELIZABETH FELICIANO,

Plaintiff,

-against-

TARGET CORPORATION and TARGET STORES,

Defendant.

______________________________________X

Index No.:
Filed: _________

Plaintiff designated Bronx County as the place of trial

**SUMMONS**

The basis of venue is Plaintiff's place of residence at:
2890 Schley Avenue
Bronx, NY 10465

**TO THE ABOVE-NAMED DEFENDANTS:**

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service of this summons, or within 30 days after service of this summons is complete if this summons is not personally delivered to you within the State of New York.

In case of your failure to answer this summons, a judgment by default will be taken against you for the relief demanded in the complaint, together with the costs of this action.

Dated: Bronx, NY
August 27, 2024

______________________________
Marina Tasevich, Esq.
**LAW OFFICES OF**

**ALEXANDER BESPECHNY**
Attorney for Plaintiff
ELIZABETH FELICIANO
2360 Westchester Avenue
Bronx, NY 10462
718-792-4800

TO: **TARGET CORPORATION**
1000 Nicollet Mall, TPS 2672
Minneapolis, MN 55403

**TARGET CORPORATION**
Throggs Neck Shopping Center
815 Hutchinson River Parkway
Bronx, New York 10465

**TARGET STORES**
c/o Target Corporation
1000 Nicollet Mall, TPS 2672
Minneapolis, MN 55403

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**

---X

Index No.:

ELIZABETH FELICIANO,

Plaintiff,

-against-

***VERIFIED COMPLAINT***

**TRIAL BY JURY DEMANDED**

TARGET CORPORATION and TARGET STORES,

Defendant,

---X

State of New York )
) s.s.:
County of Bronx )

Plaintiff, by her attorney, the LAW OFFICES OF ALEXANDER BESPECHNY, as and for her VERIFIED COMPLAINT, respectfully alleges, upon information and belief:

1. Plaintiff, **ELIZABETH FELICIANO** was and still is a resident of Bronx County and State of New York.
2. Upon information and belief the Defendant, **TARGET CORPORATION,** at all times herein mentioned was and still is a corporation, partnership, sole proprietorship, and/or a limited liability company, duly organized and existing under and by virtue of the laws of the State of New York.
3. Upon information and belief the Defendant, **TARGET CORPORATION,** transacted business within the State of New York.
4. Upon information and belief the Defendant, TARGET STORES, at all times herein mentioned was and still is a corporation, partnership, sole proprietorship, and/or a

limited liability company, duly organized and existing under and by virtue of the laws of the State of New York.

5. Upon information and belief the Defendant, **TARGET STORES**, transacted business within the State of New York.

6. At all times hereinafter mentioned, Defendant, **TARGET CORPORAITON** was and still is the owner, lessor, lessee, and/or renter of the premises/superstore located at 815 Hutchinson River Parkway, in the County of Bronx and the State of New York.

7. At all times hereinafter mentioned, Defendant, **TARGET STORES**, was and still is the owner, lessor, lessee, and/or renter of the premises/superstore located at 815 Hutchinson River Parkway, in the County of Bronx and the State of New York.

8. Defendant, **TARGET CORPORATION,** its agents, servants and/or employees operated, constructed, managed, controlled, supervised, repaired, cleaned, maintained, inspected, and leased the aforesaid premises/superstore.

9. Defendant, **TARGET STORES**, its agents, servants and/or employees operated, constructed, managed, controlled, supervised, repaired, cleaned, maintained, inspected and leased the aforesaid premises/superstore.

10. Defendant, **TARGET CORPORATION,** its agents, servants and/or employees provided operated, constructed, managed, controlled, supervised, repaired, cleaned, maintained, inspected and leased the aforesaid premises/superstore in an unsafe, hazardous and dangerous condition.

11. Defendant, **TARGET STORES**, its agents, servants and/or employees provided operated, constructed, managed, controlled, supervised, repaired, cleaned,

maintained, inspected and leased the aforesaid premises/superstore in an unsafe, hazardous and dangerous condition.

12. On or about April 18, 2024, at approximately 3:45 p.m., as Plaintiff, **ELIZABETH FELICIANO** was lawfully inside the aforesaid premises/superstore located at 815 Hutchinson River Parkway, Bronx, NY 10465, she was caused to slip, trip and fall by reason of a dangerous, unsafe and defective condition which constituted a hazardous condition to those lawfully traversing the aforesaid premises/superstore.

13. The aforesaid occurrence was caused by the negligence, carelessness and recklessness of the Defendant, **TARGET CORPORATION,** their agents, servants and/or employees in the ownership, operation, management, maintenance, inspection, control, repair and supervision of the aforesaid premises/superstore.

14. The aforesaid occurrence was caused by the negligence, carelessness and recklessness of the Defendant, **TARGET STORES**, their agents, servants and/or employees in the ownership, operation, management, maintenance, inspection, control, repair and supervision of the aforesaid premises/superstore.

15. Solely as a result of the Defendants, their agents, servants and/or employees' negligence, carelessness and recklessness, Plaintiff, **ELIZABETH FELICIANO** was caused to suffer severe and serious personal injuries to mind and body, and further, that Plaintiff was subjected to great physical pain and mental anguish.

16. Defendants, **TARGET CORPORATION** and/or **TARGET STORES,** their agents, servants and/or employees had actual notice of the said dangerous, unsafe, hazardous and defective condition which caused the Plaintiff to suffer severe and serious personal injuries.

17. Defendants, **TARGET CORPORATION** and/or **TARGET STORES,** their agents, servants and/or employees had constructive notice of the said dangerous, unsafe, hazardous and defective condition which caused the Plaintiff to suffer severe and serious personal injuries.

18. Defendants, **TARGET CORPORATION** and/or **TARGET STORES,** their agents, servants and/or employees caused and created said dangerous, unsafe, hazardous and defective condition which caused the Plaintiff to suffer severe and serious personal injuries.

19. The aforesaid occurrence was caused by the negligence of the Defendants, their agents, servants and/or employees without any culpable conduct on the part of Plaintiff, **ELIZABETH FELICIANO**.

20. This action falls within one or more of the exceptions set forth in Section 1602 of the Civil Practice Law and Rules.

21. That by reason of the foregoing negligence on the part of the Defendants, the Plaintiff has been damaged in an amount that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction over this action

**WHEREFORE,** the Plaintiff demands a judgment against the Defendants in this action, in an amount that exceeds the jurisdictional limit of all lower courts that would otherwise have jurisdiction, together with interest and all costs and disbursements of this action, and such other and further relief this Court deems just and proper.

Dated: Bronx, NY
August 27, 2024

Marina Tasevich, Esq.

**LAW OFFICES OF**
**ALEXANDER BESPECHNY**
Attorney for Plaintiff
ELIZABETH FELICIANO
2360 Westchester Avenue
Bronx, NY 10462
718-792-4800

TO: **TARGET CORPORATION**
1000 Nicollet Mall, TPS 2672
Minneapolis, MN 55403

**TARGET CORPORATION**
Throggs Neck Shopping Center
815 Hutchinson River Parkway
Bronx, New York 10465

**TARGET STORES**
c/o Target Corporation
1000 Nicollet Mall, TPS 2672
Minneapolis, MN 55403

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF Bronx
------------------------------------------------------------------------X
Elizabeth Feliciano, Index No.:

Plaintiff(s),

-against- **VERIFICATION**

Target Corporation and Target Stores.

Defendant(s).
------------------------------------------------------------------------X
STATE OF NEW YORK )
} s.s.:
COUNTY OF Bronx )

Elizabeth Feliciano, being duly sworn deposes and says that he is the plaintiff in the above-entitled action; that he has read the foregoing SUMMONS & COMPLAINT, and knows the contents thereof and that the same is true to his knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters he believes them to be true.

Dated: August 27 2024
Bronx, New York

x [signature]

Sworn to before me this 27th
day of August, 2024

[signature]
Notary Public

JULIA KRASOVSKY
Notary Public, State of New York
Registration No. 01KR5049538
Qualified in Nassau County
Commission Exp. September 18, 2025

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**

---X

ELIZABETH FELICIANO, Index #:

**Plaintiff,**

**-against-**

TARGET CORPORATION and TARGET STORES,

**Defendant,**

---X

# SUMMONS AND VERIFIED COMPLAINT

**LAW OFFICES OF**
**ALEXANDER BESPECHNY**
*Attorneys for Plaintiff*
ELIZABETH FELICIANO
2360 Westchester Avenue
Bronx, NY 10462
(718) 792-4800