UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ELIZABETH FELICIANO,

                          Plaintiff,

        -against-

TARGET CORPORATION and TARGET STORES,

                         Defendants.

-----------------------------------------------------------------X

**24-CV-9740 (VSB) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

On April 25, 2025, the Court entered a stay of discovery. ECF No. 9. The stay is hereby lifted. As discussed during the telephone conference on August 7, 2025, the deposition of Plaintiff is scheduled for September 18, 2025. Each party's medical expert is planning to examine Plaintiff in October or November. The parties are therefore directed to file a joint status update, informing the Court on the progress of discovery, by **Friday, November 28, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
              August 7, 2025

                                              _____
                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/2025