**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

ELIZABETH FELICIANO,

                Plaintiff**,**                        **24-CV-9740 (VSB) (VF)**

    -against-                              **<u>ORDER</u>**


TARGET CORPORATION and TARGET STORES,

                Defendants.

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

       The parties are directed to file a joint status update, informing the Court on the progress

of discovery, by **<u>Friday, December 26, 2025</u>**.

       **SO ORDERED.**

DATED:     New York, New York
            December 12, 2025


                                     _____
                                       VALERIE FIGUEREDO
                                       United States Magistrate Judge