**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

ELIZABETH FELICIANO,

                         Plaintiff**,**                    **24-CV-9740 (VSB) (VF)**

         -against-                             **<u>ORDER</u>**


TARGET CORPORATION and TARGET STORES,

                         Defendants.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      The parties are directed to file a joint status update by **<u>Monday, March 16, 2026</u>**.

      **SO ORDERED.**

DATED:     New York, New York
             March 9, 2026

                                   _____
                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge